881 A.2d 1238

IN THE MATTER OF MARILYN S. LANCE, AN ATTORNEY
AT LAW (ATTORNEY NO. 250651971).

September 8, 2005.

## ORDER

This matter having been duly presented to the Court on the application of the Director of the Office of Attorney Ethics, recommending that **MARILYN S. LANCE** of **LAWRENCE-VILLE**, who was admitted to the bar of this State in 1971, be transferred to disability inactive status in accordance with *Rule* 1:20–12;

And it appearing that **MARILYN S. LANCE** lacks the capacity to practice law at this time;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12, **MARILYN S. LANCE** is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court; and it is further

ORDERED that **MARILYN S. LANCE** is hereby restrained and enjoined from practicing law during the period that she remains on disability inactive status; and it is further

ORDERED that **MARILYN S. LANCE** shall comply with *Rule* 1:20–20 governing suspended, disbarred and incapacitated attorneys.